IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

SCOTT BOEHM and DAVID STLUKA,

                                  Plaintiffs,

       v.

SCHEELS ALL SPORTS, INC., SCOTT SVEHLA,
SCOTT'S BREWERY COLLECTIBLES,
NICHOLAS MARTIN, SPORTS-4-LESS, LUKE WEIN,
BEYOND STUDIO + PUBLISHING, LLC,
JOHN DOE 1, SCOOTER G SPORTS,
MICHAEL LOVELACE, 22 PROMOTIONS, LLC,
SIGNATURE SPORTS, ANDREW WREDBERG,
AW ARTWORKS, LLC, JESSE WINIECKI,
AMANDA MCVEIGH, JOHN GEORGE,
GAMEDAY SPORTS, ANGELA CLEARY,
EVENT USA CORP., BRIAN BOPREY,
NANCY BOPREY, JOHN DOE 2,
WAUKESHA SPORTSCARDS, and ROBB DOBRATZ,

                                Defendants.

ORDER FOR
PRELIMINARY
INJUNCTION

15-cv-379-jdp

---

Plaintiffs, both professional photographers, allege that defendants have infringed their copyrights by making or selling unauthorized reproductions of their photographs. Plaintiffs brought similar claims to this court in *Boehm v. Zimprich*, Case No. 14-cv-16. Plaintiffs have moved for a preliminary injunction against further acts of infringement by these defendants and to preserve evidence. On the basis of the parties' submissions and the presentation of counsel at the August 14 hearing, the court will grant the injunction.

But the court can grant the injunction only against those defendants who are properly before the court: Scott Vehla, Scott's Brewery Collectibles, Nicholas Martin, Luke Wein, Beyond Studio + Publishing, LLC, Andrew Wredberg, AW Artworks, LLC, Jesse Winiecki,

Amanda McVeigh, Gameday Sports, Angela Cleary, Event USA Corp., Brian Boprey, and Nancy Boprey. These parties will be referred to in this order as "Enjoined Defendants." The other defendants have not been served, despite the court's order directing service on all defendants by July 1, 2015. Dkt. 8.

Whether to grant a preliminary injunction is within the discretion of the court, guided by consideration of the familiar factors. A plaintiff must show: some likelihood of success on the merits; a lack of an adequate remedy at law; and that irreparable injury would result without an injunction. *Ty, Inc. v. Jones Grp., Inc.*, 237 F.3d 891, 895 (7th Cir. 2001). If these criteria are met, the court must consider the balance of the hardships and the public interest. *Id*.

Plaintiffs establish some likelihood of success as to each enjoined defendant. Plaintiffs divide the defendants into two groups, the "retail defendants" and the "supplier defendants." Plaintiffs demonstrate a compelling case on the merits as to the retail defendants: claims against the retail defendants are well documented in the amended complaint. Dkt. 63. By and large, the retail defendants do not contest infringement, although some dispute the need for the injunction, and the court expects all of them will vigorously contest damages. Plaintiff's showing as to the supplier defendants is much weaker. Defendants Wein, Winiecki, and McVeigh deny that they committed any infringement, or at least any infringement within the limitations period. But plaintiff has adduced evidence that raises substantial doubts about Winiecki's and McVeigh's denials, and plaintiffs adduce circumstantial evidence that raises at least a reasonable suspicion of infringement as to the supplier defendants. Accordingly, the court finds that plaintiff has made a sufficient showing on the merits even as to the supply defendants.

2

Plaintiffs also show that there is no adequate remedy at law, and that they face irreparable harm, because of the potential loss of evidence and the potential for continued, but undetectable, infringement without an injunction. Some of the retail defendants contend that they have voluntarily ceased infringing sales. Voluntary cessation of wrongful conduct is a factor that the court can consider, but it is not dispositive. *United Air Lines, Inc. v. Air Line Pilots Ass'n, Int'l*, 563 F.3d 257, 275 (7th Cir. 2009). Plaintiffs' experiences in the *Zimprich* case vividly demonstrates that professed voluntary cessation provides scant protection against a resistant defendant. The court intends no insult to the integrity of any defendant or their counsel, but plaintiffs would have no way to detect the loss of evidence or to redress the harm that would result from that loss.

The balance of harms decisively favors plaintiffs. None of the defendants contend that any harm that would befall them as a result of an injunction.[1] Most professed that they did not intend to make or sell any infringing images in the first place, and that they stopped any such sales as soon as they learned about the allegations of infringement. Plaintiffs, however, would face serious harm if any defendants made more infringing copies, sold off their inventories, or disposed of their records.

Finally, the public interest poses no barrier to the injunction. The public interest is served by enforcement of intellectual property law. A preliminary order of impoundment of infringing articles and related records is a remedy specifically recognized under the Copyright Act. 17 U.S.C. § 503(a)(1).

---

[1] Counsel for Winiecki and McVeigh suggested that an injunction would raise some "presumption" against them, but it does not: even after the injunction, the burden stays on plaintiffs to prove their claims against all the defendants. And if plaintiffs fail to sustain their burden, Winiecki and McVeigh will be prevailing parties who may be entitled to attorney fees.

Accordingly, a preliminary injunction is ordered as follows:

### ORDER FOR PRELIMINARY INJUNCTION

The Enjoined Defendants, their officers, agents, servants, employees, and attorneys, and any other persons who are in active concert or participation with any of the foregoing, are, for the pendency of this action, hereby enjoined from:

1. Creating, displaying, selling, or distributing any reproduction in any medium (including any print, poster, canvas, or any other product) of any photograph by Scott Boehm or David Stluka identified in the attached exhibit, which the court will refer to as "covered photographs;"

2. Destroying or otherwise disposing of any reproduction in any medium of any covered photographs;

3. Destroying or otherwise disposing of any record, communication, or document relating to the acquisition, sale, inventory, or storage of any reproduction of any covered photographs.

Those bound by this order are further ordered to:

1. Collect and segregate in some safe place all reproductions in any medium of any covered photographs in that party's possession. The collection and segregation provided for in this order must be completed within five days of the enjoined party's receipt of notice of this order.

2. File with the court a report of all reproductions collected and segregated by that party within 48 hours of completion of the collection and segregation by that party.

4

3.  Collect and preserve any record, communication, or document relating to the acquisition, sale, inventory, or storage of any reproduction of any covered photographs.

4.  Inform every employee in every location of the terms of this order.

Entered September 8, 2015.

BY THE COURT:

    /s/

JAMES D. PETERSON
District Judge

**EXHIBIT 1**

| | Image Thumbnail | Game or Image Description | Copyright Owner | Copyright Registration No. | Copyright Registration Date |
|---|---|---|---|---|---|
| 1 |  | Houston Astros v Milwaukee Brewers | Scott Boehm | VA0001840337 | 8/12/2011 |
| 2 |  | Cincinnati Reds at Milwaukee Brewers | Scott Boehm | VA0001840337 | 8/12/2011 |
| 3 |  | Houston Astros v Milwaukee Brewers | Scott Boehm | VA0001840337 | 8/12/2011 |
| 4 |  | Cincinnati Reds at Milwaukee Brewers | Scott Boehm | VA0001840337 | 8/12/2011 |
| 5 |  | San Francisco 49ers v Chicago Bears | Scott Boehm | VA0001840337 | 8/12/2011 |
| 6 |  | Houston Astros at Chicago Cubs | Scott Boehm | VA0001840337 | 8/12/2011 |
| 7 |  | Seattle Seahawks v Green Bay Packers | David Stluka | VA0001853146 | 3/11/2013 |
| 8 |  | Green Bay Packers v Minnesota Vikings | David Stluka | VA0001852252 | 3/29/2013 |
| 9 |  | NFC Championship: New York Giants v Green Bay Packers | Scott Boehm | VA0001840337 | 8/12/2011 |

**EXHIBIT 1**

| 10 |  | Washington Redskins v Green Bay Packers | David Stluka | VA0001852252 | 3/29/2013 |
|----|----|----|----|----|----|
| 11 |  | Houston Astros v Milwaukee Brewers | Scott Boehm | VA0001840337 | 8/12/2011 |
| 12 |  | San Diego Chargers v Green Bay Packers | Scott Boehm | VA0001840347 | 9/23/2007 |
| 13 |  | Marquette Golden Eagles v Wisconsin Badgers | David Stluka | VA0001852252 | 3/29/2013 |
| 14 |  | Tampa Bay Buccaneers v Chicago Bears | Scott Boehm | VA0001840337 | 8/12/2011 |
| 15 |  | Iowa State Cyclones v Iowa Hawkeyes | Scott Boehm | VA0001791988 | 8/10/2011 |
| 16 |  | Atlanta Falcons v Carolina Panthers | Scott Boehm | VA0001840337 | 8/12/2011 |
| 17 |  | Green Bay Packers v Chicago Bears | Scott Boehm | VA0001840347 | 8/12/2011 |
| 18 |  | NFC Divisional Playoff: Seattle Seahawks v Chicago Bears | Scott Boehm | VA0001803427 | 8/8/2011 |
| 19 |  | Chicago Bears v Green Bay Packers | David Stluka | VA0001859770 | 5/20/2013 |
| 20 |  | Seattle Seahawks v Green Bay Packers | David Stluka | VA0001853146 | 3/11/2013 |

**EXHIBIT 1**

| | | | | | |
|---|---|---|---|---|---|
| 21 |  | Minnesota Vikings v Chicago Bears | Scott Boehm | VA0001840337 | 8/12/2011 |
| 22 |  | Dallas Cowboys v Green Bay Packers | David Stluka | VA0001853146 | 3/11/2013 |
| 23 |  | Minnesota Golden Gophers v Wisconsin Badgers | David Stluka | VA0001871195 | 1/29/2013 |
| 24 |  | Minnesota Duluth v Wisconsin | David Stluka | VA0001852252 | 3/29/2013 |
| 25 |  | Tampa Bay Buccaneers v Chicago Bears | Scott Boehm | VA0001840337 | 8/12/2011 |
| 26 |  | Michigan State Spartans v Wisconsin Badgers | David Stluka | VA0001852252 | 3/29/2013 |
| 27 |  | Houston Texans v Green Bay Packers | David Stluka | VA0001853146 | 3/11/2013 |
| 28 |  | AFC Championship: Baltimore Ravens v Pittsburgh Steelers | Scott Boehm | VA0001840332 | 8/12/2011 |
| 29 |  | Pittsburgh Steelers v Cleveland Browns | Scott Boehm | VAu000691823 | 3/27/2006 |
| 30 |  | AFC Championship: Baltimore Ravens v Pittsburgh Steelers | Scott Boehm | VA0001840332 | 8/12/2011 |
| 31 |  | AFC Championship: Baltimore Ravens v Pittsburgh Steelers | Scott Boehm | VA0001840332 | 8/12/2011 |

**EXHIBIT 1**

| | | | | | |
|---|---|---|---|---|---|
| 32 |  | Super Bowl XLIII | Scott Boehm | VA0001840332 | 8/12/2011 |
| 33 |  | Kansas City v Chicago White Sox | Scott Boehm | VA0001840337 | 8/12/2011 |
| 34 |  | Michigan State v Wisconsin | David Stluka | VA0001852252 | 3/29/2013 |
| 35 |  | Indiana v Wisconsin | David Stluka | VA0001852252 | 3/29/2013 |
| 36 |  | St. Louis Cardinals v Milwaukee Brewers | Scott Boehm | VAu000671122 | 8/30/2005 |
| 37 |  | Pittsburgh Pirates v Milwaukee Brewers | Scott Boehm | VA0001840337 | 8/12/2011 |
| 38 |  | Detroit Tigers vs Milwaukee Brewers | Scott Boehm | VAu000671122 | 8/30/2005 |
| 39 |  | Pittsburgh Pirates v Milwaukee Brewers | Scott Boehm | VA0001840337 | 8/12/2011 |
| 40 |  | Pittsburgh Pirates v Milwaukee Brewers | Scott Boehm | VA0001840337 | 8/12/2011 |
| 41 |  | Houston Astros v Milwaukee Brewers | Scott Boehm | VA0001840337 | 8/12/2011 |

**EXHIBIT 1**

| 42 |  | Houston Astros v Milwaukee Brewers | Scott Boehm | VA0001840337 | 8/12/2011 |
|---|---|---|---|---|---|
| 43 |  | Pittsburgh Pirates v Milwaukee Brewers | Scott Boehm | VA0001840337 | 8/12/2011 |
| 44 |  | 2008 Ford Ironman Wisconsin | David Stluka | VA0001853146 | 3/11/2013 |
| 45 |  | 2008 Ford Ironman Wisconsin | David Stluka | VA0001853146 | 3/11/2013 |
| 46 |  | Milwaukee Brewers v Chicago Cubs | Scott Boehm | VA0001840337 | 8/12/2011 |
| 47 |  | St. Louis Rams v Green Bay Packers | David Stluka | VA0001853157 | 2/11/2013 |
| 48 |  | Green Bay Packers | David Stluka | VA0001859770 | 5/20/2013 |
| 49 |  | Cincinnati Reds v Milwaukee Brewers | Scott Boehm | VA0001840337 | 8/12/2011 |
| 50 |  | Pittsburgh Pirates v Milwaukee Brewers | Scott Boehm | VA0001840337 | 8/12/2011 |
| 51 |  | Houston Astros v Milwaukee Brewers | Scott Boehm | VA0001840337 | 8/12/2011 |

**EXHIBIT 1**

| | | | | | |
|---|---|---|---|---|---|
| 52 |  | Cincinnati Reds v Milwaukee Brewers | Scott Boehm | VA0001840337 | 8/12/2011 |
| 53 |  | Northern Illinois Huskies v Wisconsin Badgers | David Stluka | VA0001852252 | 3/29/2013 |
| 54 |  | Northern Illinois v Wisconsin | David Stluka | VA0001852252 | 3/29/2013 |
| 55 |  | Iowa v Wisconsin | David Stluka | VA0001852252 | 3/29/2013 |
| 56 |  | Minnesota Golden Gophers v Wisconsin Badgers | David Stluka | VA0001871195 | 1/29/2013 |
| 57 |  | Northern Illinois v Wisconsin | David Stluka | VA0001852252 | 3/29/2013 |
| 58 |  | Washington State Cougars v Wisconsin Badgers | David Stluka | VA0001852252 | 3/29/2013 |
| 59 |  | Iowa Hawkeyes v Wisconsin Badgers | David Stluka | VA0001852252 | 3/29/2013 |
| 60 |  | Cincinnati Reds v Milwaukee Brewers | Scott Boehm | VA0001840337 | 8/12/2011 |
| 61 |  | Green Bay Packers | David Stluka | VA0001840119 | 11/21/2012 |

**EXHIBIT 1**

| | | | | | |
|---|---|---|---|---|---|
| 62 |  | Milwaukee Brewers v Chicago Cubs | Scott Boehm | VA0001840337 | 8/12/2011 |
| 63 |  | Houston Astros v Milwaukee Brewers | Scott Boehm | VA0001840337 | 8/12/2011 |
| 64 |  | Cincinnati Bengals v Green Bay Packers | Scott Boehm | VA0001840337 | 8/12/2011 |
| 65 |  | Cincinnati Bengals v Green Bay Packers | Scott Boehm | VA0001840337 | 8/12/2011 |
| 66 |  | Minnesota Vikings v Green Bay Packers | Scott Boehm | VA0001840337 | 8/12/2011 |
| 67 |  | Pittsburgh Pirates v Milwaukee Brewers | Scott Boehm | VA0001840337 | 8/12/2011 |
| 68 |  | San Diego Chargers v Green Bay Packers | Scott Boehm | VA0001840347 | 8/12/2011 |
| 69 |  | Houston Astros at Chicago Cubs | Scott Boehm | VA0001840337 | 8/12/2011 |

**EXHIBIT 1**

| | | | | | |
|---|---|---|---|---|---|
| 70 |  | Jacksonville Jaguars v Chicago Bears | Scott Boehm | VA0001840337 | 8/12/2011 |
| 71 |  | Tampa Bay Buccaneers v Chicago Bears | Scott Boehm | VA0001840337 | 8/12/2011 |
| 72 |  | Kansas City Chiefs v Chicago Bears | Scott Boehm | VA0001840337 | 8/12/2011 |
| 73 |  | Baltimore Orioles v Milwaukee Brewers | Scott Boehm | VA0001840337 | 8/12/2011 |
| 74 |  | Pittsburgh Pirates v Milwaukee Brewers | Scott Boehm | VA0001840332 | 8/12/2011 |
| 75 |  | Kansas City Chiefs v Chicago Bears | Scott Boehm | VA0001840337 | 8/12/2011 |
| 76 |  | Green Bay Packers v Chicago Bears | David Stluka | VA0001859770 | 5/20/2013 |
| 77 |  | Bowling Green Falcons v Wisconsin Badgers | David Stluka | VA0001859770 | 5/20/2013 |
| 78 |  | Kansas City Royals v Chicago White Sox | Scott Boehm | VA0001840337 | 8/12/2011 |
| 79 |  | NFC Wild Card Game: Philadelphia Eagles v Minnesota Vikings | Scott Boehm | VA0001840332 | 8/12/2011 |

**EXHIBIT 1**

| | | | | | |
|---|---|---|---|---|---|
| 80 |  | NFC Wildcard: Philadelphia Eagles at Minnesota Vikings | David Stluka | VA0001853161 | 3/12/2013 |
| 81 |  | Arizona Diamondbacks v Milwaukee Brewers | Scott Boehm | VA0001840332 | 8/12/2011 |
| 82 |  | Milwaukee Brewers v Chicago Cubs | Scott Boehm | VA0001840337 | 8/12/2011 |
| 83 |  | Cincinnati Reds v Milwaukee Brewers | Scott Boehm | VA0001840332 | 8/12/2011 |
| 84 |  | Minnesota Vikings v Green Bay Packers | David Stluka | VA0001871195 | 1/29/2013 |
| 85 |  | Houston Astros v Milwaukee Brewers | Scott Boehm | VA0001840337 | 8/12/2011 |
| 86 |  | St. Louis Cardinals v Milwaukee Brewers | Scott Boehm | VA0001840332 | 8/12/2011 |
| 87 |  | Iowa Hawkeyes v Wisconsin Badgers | David Stluka | VA0001852252 | 3/29/2013 |
| 88 |  | Bowling Green Falcons v Wisconsin Badgers | David Stluka | VA0001859770 | 5/20/2013 |
| 89 |  | Wisconsin Badgers v Michigan Wolverines | David Stluka | VA0001871195 | 1/29/2013 |
| 90 |  | Pittsburgh Pirates v Milwaukee Brewers | Scott Boehm | VA0001840332 | 8/12/2011 |
| 91 |  | Minnesota Twins v Milwaukee Brewers | Scott Boehm | VA0001840332 | 8/12/2011 |

**EXHIBIT 1**

| | | | | | |
|---|---|---|---|---|---|
| 92 |  | Wisconsin Badgers v Auburn Tigers | David Stluka | VA0001871195 | 1/29/2013 |
| 93 |  | San Francisco Giants v Chicago Cubs | Scott Boehm | VA0001840337 | 8/12/2011 |
| 94 |  | Los Angeles Dodgers v Milwaukee Brewers | Scott Boehm | VA0001840332 | 8/12/2011 |
| 95 |  | New York Mets v Milwaukee Brewers | Scott Boehm | VA0001840332 | 8/12/2011 |
| 96 |  | Los Angeles Dodgers v Milwaukee Brewers | Scott Boehm | VA0001840332 | 8/12/2011 |
| 97 |  | Chicago Bears Organized Team Activity Practice | Scott Boehm | VA0001840332 | 8/12/2011 |
| 98 |  | St. Louis Cardinals v Milwaukee Brewers | Scott Boehm | VA0001840332 | 8/12/2011 |
| 99 |  | Los Angeles Dodgers v Milwaukee Brewers | Scott Boehm | VA0001840332 | 8/12/2011 |
| 100 |  | Chicago Bears Organized Team Activity Practice | Scott Boehm | VA0001840332 | 8/12/2011 |

**EXHIBIT 1**

| | | | | | |
|---|---|---|---|---|---|
| 101 |  | Los Angeles Dodgers v Milwaukee Brewers | Scott Boehm | VA0001840332 | 8/12/2011 |
| 102 |  | Tampa Bay Rays v Chicago White Sox | Scott Boehm | VA0001840332 | 8/12/2011 |
| 103 |  | Los Angeles Dodgers v Milwaukee Brewers | Scott Boehm | VA0001840332 | 8/12/2011 |
| 104 |  | Los Angeles Dodgers v Milwaukee Brewers | Scott Boehm | VA0001840332 | 8/12/2011 |
| 105 |  | Atlanta Braves v Milwaukee Brewers | Scott Boehm | VA0001840332 | 8/12/2011 |
| 106 |  | Houston Texans v Green Bay Packers | David Stluka | VA0001853146 | 3/11/2013 |
| 107 |  | St. Louis Cardinals v Milwaukee Brewers | Scott Boehm | VA0001840332 | 8/12/2011 |
| 108 |  | St. Louis Cardinals v Milwaukee Brewers | Scott Boehm | VA0001840332 | 8/12/2011 |
| 109 |  | Minnesota Vikings v Green Bay Packers | Scott Boehm | VA0001840337 | 8/12/2011 |

**EXHIBIT 1**

| | | | | | |
|---|---|---|---|---|---|
| 110 |  | Tampa Bay Buccaneers v Chicago Bears | Scott Boehm | VA0001840337 | 8/12/2011 |
| 111 |  | New Orleans Saints v Chicago Bears | Scott Boehm | VA0001840337 | 8/12/2011 |
| 112 |  | NFC Wildcard: Philadelphia Eagles at Minnesota Vikings | David Stluka | VA0001853161 | 3/12/2013 |
| 113 |  | Cleveland Indians v Chicago Cubs | Scott Boehm | VA0001840332 | 8/12/2011 |
| 114 |  | Cleveland Indians v Chicago Cubs | Scott Boehm | VA0001840332 | 8/12/2011 |
| 115 |  | Super Bowl XLIII Preview Day 6 | Scott Boehm | VA0001840332 | 8/12/2011 |
| 116 |  | Cleveland Indians v Chicago Cubs | Scott Boehm | VA0001840332 | 8/12/2011 |
| 117 |  | AFC Championship: Baltimore Ravens v Pittsburgh Steelers | Scott Boehm | VA0001840332 | 8/12/2011 |
| 118 |  | Green Bay Packers v Chicago Bears | Scott Boehm | VA0001840337 | 8/12/2011 |
| 119 |  | Washington Nationals v Milwaukee Brewers | Scott Boehm | VA0001791990 | 8/4/2011 |

**EXHIBIT 1**

| 120 |  | Northern Illinois v Wisconsin | Scott Boehm | VA0001840332 | 8/12/2011 |
|---|---|---|---|---|---|
| 121 |  | Northern Illinois v Wisconsin | Scott Boehm | VA0001840332 | 8/12/2011 |
| 122 |  | San Diego Padres v Chicago Cubs | Scott Boehm | VA0001840332 | 8/12/2011 |
| 123 |  | NFC Divisional Playoff: Seattle Seahawks v Chicago Bears | Scott Boehm | VA0001791988 | 8/10/2011 |
| 124 |  | Detroit Lions v Chicago Bears | Scott Boehm | VA0001840332 | 8/12/2011 |
| 125 |  | Detroit Lions v Chicago Bears | Scott Boehm | VA0001840332 | 8/12/2011 |
| 126 |  | Green Bay Packers v Minnesota Vikings | Scott Boehm | VA0001840332 | 8/12/2011 |
| 127 |  | Green Bay Packers v Minnesota Vikings | Scott Boehm | VA0001840332 | 8/12/2011 |
| 128 |  | Detroit Lions v Chicago Bears | Scott Boehm | VA0001840332 | 8/12/2011 |
| 129 |  | Detroit Lions v Chicago Bears | Scott Boehm | VA0001840332 | 8/12/2011 |

**EXHIBIT 1**

| | | | | | |
|---|---|---|---|---|---|
| 130 |  | Green Bay Packers v Chicago Bears | Scott Boehm | VA0001840337 | 8/12/2011 |
| 131 |  | Buffalo Bills v Green Bay Packers | Scott Boehm | VA0001840332 | 8/12/2011 |
| 132 |  | Miami Dolphins v Chicago Bears | Scott Boehm | VA0001791988 | 8/10/2011 |
| 133 |  | Detroit Lions v Chicago Bears | Scott Boehm | VA0001840332 | 8/12/2011 |
| 134 |  | Eagles at Bears | Scott Boehm | VAu000654714 | 1/28/2005 |
| 135 |  | Green Bay Packers v Minnesota Vikings | Scott Boehm | VA0001840332 | 8/12/2011 |
| 136 |  | William Henderson | Scott Boehm | VA0001840332 | 8/12/2011 |
| 137 |  | Green Bay Packers v Chicago Bears | Scott Boehm | VA0001791988 | 8/10/2011 |

**EXHIBIT 1**

| | | | | | |
|---|---|---|---|---|---|
| 138 |  | St. Louis Cardinals v Milwaukee Brewers | Scott Boehm | VAu000671122 | 8/30/2005 |
| 139 |  | Los Angeles Angels of Anaheim v Minnesota Twins | Scott Boehm | VA0001840332 | 8/12/2011 |
| 140 |  | Minnesota Vikings v Green Bay Packers | Scott Boehm | VAu000691823 | 3/27/2006 |
| 141 |  | Chicago Bears v Minnesota Vikings | Scott Boehm | VA0001840332 | 8/12/2011 |
| 142 |  | Dallas Cowboys v Green Bay Packers | Scott Boehm | VA0001840332 | 8/12/2011 |
| 143 |  | San Francisco 49ers v Green Bay Packers | Scott Boehm | VA0001840332 | 8/12/2011 |
| 144 |  | San Francisco 49ers v Green Bay Packers | Scott Boehm | VA0001840332 | 8/12/2011 |
| 145 |  | San Francisco 49ers v Green Bay Packers | Scott Boehm | VA0001840332 | 8/12/2011 |
| 146 |  | San Francisco 49ers v Green Bay Packers | Scott Boehm | VA0001840332 | 8/12/2011 |

**EXHIBIT 1**

| 147 |  | NFC Championship: New York Giants v Green Bay Packers | Scott Boehm | VA0001840337 | 8/12/2011 |
|---|---|---|---|---|---|
| 148 |  | Los Angeles Dodgers v Milwaukee Brewers | Scott Boehm | VA0001840332 | 8/12/2011 |
| 149 |  | Atlanta Braves v Milwaukee Brewers | Scott Boehm | VA0001840332 | 8/12/2011 |
| 150 |  | San Diego Padres v Milwaukee Brewers | Scott Boehm | VA0001840332 | 8/12/2011 |
| 151 |  | Minnesota Vikings v Chicago Bears | Scott Boehm | VA0001840332 | 8/12/2011 |
| 152 |  | NFL Divisional Playoffs - Dallas Cowboys v Minnesota Vikings | Scott Boehm | VA0001791990 | 8/4/2011 |
| 153 |  | NFL Divisional Playoffs - Dallas Cowboys v Minnesota Vikings | Scott Boehm | VA0001791990 | 8/4/2011 |
| 154 |  | NFL Divisional Playoffs - Dallas Cowboys v Minnesota Vikings | Scott Boehm | VA0001791990 | 8/4/2011 |

**EXHIBIT 1**

| | | | | | |
|---|---|---|---|---|---|
| 155 |  | NFL Divisional Playoffs - Dallas Cowboys v Minnesota Vikings | Scott Boehm | VA0001791990 | 8/4/2011 |
| 156 |  | NFL Divisional Playoffs - Dallas Cowboys v Minnesota Vikings | Scott Boehm | VA0001791990 | 8/4/2011 |
| 157 |  | St. Louis Cardinals v Milwaukee Brewers | Scott Boehm | VAu000671122 | 8/30/2005 |
| 158 |  | Minnesota Vikings v Green Bay Packers | Scott Boehm | VAu000691823 | 3/27/2006 |
| 159 |  | Detroit Lions v Green Bay Packers | Scott Boehm | VAu000654714 | 1/28/2005 |
| 160 |  | Milwaukee Brewers v Chicago Cubs | Scott Boehm | VA0001840332 | 8/12/2011 |
| 161 |  | Northern Illinois v Wisconsin | Scott Boehm | VA0001840332 | 8/12/2011 |
| 162 |  | Green Bay Packers v Chicago Bears | Scott Boehm | VA0001840332 | 8/12/2011 |
| 163 |  | San Francisco 49ers v Green Bay Packers | Scott Boehm | VA0001840332 | 8/12/2011 |

**EXHIBIT 1**

| | | | | | |
|---|---|---|---|---|---|
| 164 |  | Colorado Rockies v Milwaukee Brewers | Scott Boehm | VA0001791990 | 8/4/2011 |
| 165 |  | Colorado Rockies v Milwaukee Brewers | Scott Boehm | VA0001791990 | 8/4/2011 |
| 166 |  | Milwaukee Brewers v Chicago Cubs | Scott Boehm | VA0001791990 | 8/4/2011 |
| 167 |  | St. Louis Cardinals v Milwaukee Brewers | Scott Boehm | VA0001791990 | 8/4/2011 |
| 168 |  | St. Louis Cardinals v Milwaukee Brewers | Scott Boehm | VA0001791990 | 8/4/2011 |
| 169 |  | St. Louis Cardinals v Milwaukee Brewers | Scott Boehm | VA0001791990 | 8/4/2011 |
| 170 |  | Pittsburgh Pirates v Milwaukee Brewers | Scott Boehm | VA0001791990 | 8/4/2011 |
| 171 |  | Milwaukee Brewers v Chicago Cubs | Scott Boehm | VA0001791990 | 8/4/2011 |
| 172 |  | Milwaukee Brewers v Chicago Cubs | Scott Boehm | VA0001791990 | 8/4/2011 |

**EXHIBIT 1**

| 173 |  | Milwaukee Brewers v Chicago Cubs | Scott Boehm | VA0001791990 | 8/4/2011 |
|---|---|---|---|---|---|
| 174 |  | Philadelphia Phillies v Milwaukee Brewers | Scott Boehm | VA0001791990 | 8/4/2011 |
| 175 |  | New York Mets v Milwaukee Brewers | Scott Boehm | VA0001791990 | 8/4/2011 |
| 176 |  | Philadelphia Phillies v Milwaukee Brewers | Scott Boehm | VA0001791990 | 8/4/2011 |
| 177 |  | Philadelphia Phillies v Milwaukee Brewers | Scott Boehm | VA0001791990 | 8/4/2011 |
| 178 |  | Philadelphia Phillies v Milwaukee Brewers | Scott Boehm | VA0001791990 | 8/4/2011 |
| 179 |  | Houston Astros v Milwaukee Brewers | Scott Boehm | VA0001791990 | 8/4/2011 |
| 180 |  | New York Mets v Milwaukee Brewers | Scott Boehm | VA0001791990 | 8/4/2011 |
| 181 |  | Texas Rangers v Milwaukee Brewers | Scott Boehm | VA0001791990 | 8/4/2011 |

**EXHIBIT 1**

| | | | | | |
|---|---|---|---|---|---|
| 182 |  | Texas Rangers v Milwaukee Brewers | Scott Boehm | VA0001791990 | 8/4/2011 |
| 183 |  | Pittsburgh Pirates v Milwaukee Brewers | Scott Boehm | VA0001791990 | 8/4/2011 |
| 184 |  | Seattle Mariners v Milwaukee Brewers | Scott Boehm | VA0001791990 | 8/4/2011 |
| 185 |  | Houston Astros v Milwaukee Brewers | Scott Boehm | VA0001791990 | 8/4/2011 |
| 186 |  | Arizona Diamondbacks v Milwaukee Brewers | Scott Boehm | VA0001791990 | 8/4/2011 |
| 187 |  | Arizona Diamondbacks v Milwaukee Brewers | Scott Boehm | VA0001791990 | 8/4/2011 |
| 188 |  | Arizona Diamondbacks v Milwaukee Brewers | Scott Boehm | VA0001791990 | 8/4/2011 |
| 189 |  | Michigan State v Wisconsin | David Stluka | VA0001852252 | 3/29/2013 |
| 190 |  | Washington Nationals v Milwaukee Brewers | Scott Boehm | VA0001791990 | 8/4/2011 |

**EXHIBIT 1**

| | | | | | |
|---|---|---|---|---|---|
| 191 |  | Houston Astros v Milwaukee Brewers | Scott Boehm | VA0001791990 | 8/4/2011 |
| 192 |  | Arizona Diamondbacks v Milwaukee Brewers | Scott Boehm | VA0001791990 | 8/4/2011 |
| 193 |  | Arizona Diamondbacks v Milwaukee Brewers | Scott Boehm | VA0001791990 | 8/4/2011 |
| 194 |  | Arizona Diamondbacks v Milwaukee Brewers | Scott Boehm | VA0001791990 | 8/4/2011 |
| 195 |  | Cincinnati Bengals v Green Bay Packers | Scott Boehm | VA0001840337 | 8/12/2011 |
| 196 |  | St. Louis Cardinals v Milwaukee Brewers | Scott Boehm | VA0001791990 | 8/4/2011 |
| 197 |  | Chicago Cubs v Milwaukee Brewers | Scott Boehm | VA0001791990 | 8/4/2011 |
| 198 |  | Chicago Cubs v Milwaukee Brewers | Scott Boehm | VA0001791990 | 8/4/2011 |

**EXHIBIT 1**

| | | | | | |
|---|---|---|---|---|---|
| 199 |  | Chicago Cubs v Milwaukee Brewers | Scott Boehm | VA0001791990 | 8/4/2011 |
| 200 |  | Chicago Cubs v Milwaukee Brewers | Scott Boehm | VA0001791990 | 8/4/2011 |
| 201 |  | Chicago Cubs v Milwaukee Brewers | Scott Boehm | VA0001791990 | 8/4/2011 |
| 202 |  | St. Louis Cardinals v Milwaukee Brewers | Scott Boehm | VA0001791990 | 8/4/2011 |
| 203 |  | Houston Astros v Milwaukee Brewers | Scott Boehm | VA0001791990 | 8/4/2011 |
| 204 |  | Detroit Lions v Green Bay Packers | Scott Boehm | VA0001791990 | 8/4/2011 |
| 205 |  | Penn State v Iowa | Scott Boehm | VA0001840337 | 8/12/2011 |
| 206 |  | Miami Dolphins v Green Bay Packers | Scott Boehm | VA0001791990 | 8/4/2011 |

**EXHIBIT 1**

| | | | | | |
|---|---|---|---|---|---|
| 207 |  | Washington Redskins v Chicago Bears | Scott Boehm | VA0001791990 | 8/4/2011 |
| 208 |  | Minnesota Vikings v Chicago Bears | Scott Boehm | VA0001791990 | 8/4/2011 |
| 209 |  | Minnesota Vikings v Chicago Bears | Scott Boehm | VA0001791990 | 8/4/2011 |
| 210 |  | Minnesota Vikings v Chicago Bears | Scott Boehm | VA0001791990 | 8/4/2011 |
| 211 |  | Minnesota Vikings v Chicago Bears | Scott Boehm | VA0001791990 | 8/4/2011 |
| 212 |  | Green Bay Packers v Chicago Bears | Scott Boehm | VA0001791990 | 8/4/2011 |
| 213 |  | Green Bay Packers v Chicago Bears | Scott Boehm | VA0001791990 | 8/4/2011 |
| 214 |  | Green Bay Packers v Chicago Bears | Scott Boehm | VA0001791990 | 8/4/2011 |

**EXHIBIT 1**

| | | | | | |
|---|---|---|---|---|---|
| 215 |  | Dallas Cowboys v Green Bay Packers | Scott Boehm | VA0001791990 | 8/4/2011 |
| 216 |  | Chicago Cubs v Milwaukee Brewers | Scott Boehm | VA0001791990 | 8/4/2011 |
| 217 |  | 2011 NFC Championship: Green Bay Packers v Chicago Bears | Scott Boehm | VA0001803427 | 8/8/2011 |
| 218 |  | 2011 NFC Championship: Green Bay Packers v Chicago Bears | Scott Boehm | VA0001803427 | 8/8/2011 |
| 219 |  | Cincinnati Bengals v Green Bay Packers | Scott Boehm | VA0001840337 | 8/12/2011 |
| 220 |  | Indiana v Iowa | Scott Boehm | VA0001840332 | 8/12/2011 |
| 221 |  | Minnesota Vikings v Green Bay Packers | Scott Boehm | VA0001840332 | 8/12/2011 |
| 222 |  | 2011 NFC Championship: Green Bay Packers v Chicago Bears | Scott Boehm | VA0001803427 | 8/8/2011 |

**EXHIBIT 1**

| | | | | | |
|---|---|---|---|---|---|
| 223 |  | 2011 NFC Championship: Green Bay Packers v Chicago Bears | Scott Boehm | VA0001803427 | 8/8/2011 |
| 224 |  | 2011 NFC Championship: Green Bay Packers v Chicago Bears | Scott Boehm | VA0001803427 | 8/8/2011 |
| 225 |  | 2011 NFC Championship: Green Bay Packers v Chicago Bears | Scott Boehm | VA0001803427 | 8/8/2011 |
| 226 |  | Penn State v Iowa | Scott Boehm | VA0001840337 | 8/12/2011 |
| 227 |  | Green Bay Packers v Chicago Bears | Scott Boehm | VA0001791990 | 8/4/2011 |
| 228 |  | San Diego Chargers v Green Bay Packers | Scott Boehm | VA0001840347 | 8/12/2011 |
| 229 |  | Green Bay Packers v Chicago Bears | Scott Boehm | VA0001791990 | 8/4/2011 |
| 230 |  | Green Bay Packers v Chicago Bears | Scott Boehm | VA0001791988 | 8/10/2011 |

**EXHIBIT 1**

| | | | | | |
|---|---|---|---|---|---|
| 231 |  | Philadelphia Phillies v Milwaukee Brewers | Scott Boehm | VA0001791990 | 8/4/2011 |
| 232 | No Thumbnail Available | 2011 NFC Championship: Green Bay Packers v Chicago Bears | Scott Boehm | VA0001803427 | 8/8/2011 |
| 233 |  | Minnesota Vikings v Green Bay Packers | Scott Boehm | VAu000691823 | 3/27/2006 |
| 234 |  | Arizona Diamondbacks v Milwaukee Brewers | Scott Boehm | VA0001791990 | 8/4/2011 |
| 235 |  | Pittsburgh Pirates v Milwaukee Brewers | Scott Boehm | VA0001791990 | 8/4/2011 |
| 236 |  | Washington Nationals v Milwaukee Brewers | Scott Boehm | VA0001791990 | 8/4/2011 |
| 237 |  | Pittsburgh Pirates v Milwaukee Brewers | Scott Boehm | VA0001791990 | 8/4/2011 |
| 238 |  | Pittsburgh Pirates v Milwaukee Brewers | Scott Boehm | VA0001791990 | 8/4/2011 |

**EXHIBIT 1**

| | | | | | |
|---|---|---|---|---|---|
| 239 |  | San Diego Padres v Milwaukee Brewers | Scott Boehm | VA0001791990 | 8/4/2011 |
| 240 |  | Cincinnati Reds v Milwaukee Brewers | Scott Boehm | VA0001791990 | 8/4/2011 |
| 241 |  | Chicago Cubs v Milwaukee Brewers | Scott Boehm | VAu001089115 | 7/29/2011 |
| 242 |  | Atlanta Braves v Milwaukee Brewers | Scott Boehm | VAu001089115 | 7/29/2011 |
| 243 |  | Atlanta Braves v Milwaukee Brewers | Scott Boehm | VAu001089115 | 7/29/2011 |
| 244 |  | Atlanta Braves v Milwaukee Brewers | Scott Boehm | VAu001089115 | 7/29/2011 |
| 245 |  | Chicago Cubs v Milwaukee Brewers | Scott Boehm | VAu001089115 | 7/29/2011 |
| 246 |  | Houston Astros v Milwaukee Brewers | Scott Boehm | VAu001089115 | 7/29/2011 |

**EXHIBIT 1**

| | | | | | |
|---|---|---|---|---|---|
| 247 |  | Cincinnati Reds v Chicago Cubs | Scott Boehm | VA0001791990 | 8/4/2011 |
| 248 |  | Tampa Bay Rays v Chicago White Sox | Scott Boehm | VAu001089115 | 7/29/2011 |
| 249 |  | Pittsburgh Pirates v Milwaukee Brewers | Scott Boehm | VAu001089115 | 7/29/2011 |
| 250 |  | San Diego Padres v Milwaukee Brewers | Scott Boehm | VAu001089115 | 7/29/2011 |
| 251 |  | New York Mets v Milwaukee Brewers | Scott Boehm | VAU001089115 | 7/29/2011 |
| 252 |  | New York Mets v Milwaukee Brewers | Scott Boehm | VAU001089115 | 7/29/2011 |
| 253 |  | New York Mets v Milwaukee Brewers | Scott Boehm | VAU001089115 | 7/29/2011 |
| 254 |  | St. Louis Cardinals v Milwaukee Brewers | Scott Boehm | VAu001089115 | 7/29/2011 |
| 255 |  | San Francisco Giants v Chicago Cubs | Scott Boehm | VAu001089115 | 7/29/2011 |

**EXHIBIT 1**

| | | | | | |
|---|---|---|---|---|---|
| 256 |  | San Francisco Giants v Chicago Cubs | Scott Boehm | VAu001089115 | 7/29/2011 |
| 257 |  | St. Louis Cardinals v Milwaukee Brewers | Scott Boehm | VAu001089115 | 7/29/2011 |
| 258 |  | Cincinnati Reds v Milwaukee Brewers | Scott Boehm | VAu001089115 | 7/29/2011 |
| 259 |  | Cincinnati Reds v Milwaukee Brewers | Scott Boehm | VAu001089115 | 7/29/2011 |
| 260 |  | Arizona Diamondbacks v Milwaukee Brewers | Scott Boehm | VAu001089115 | 7/29/2011 |
| 261 |  | Cincinnati Reds v Milwaukee Brewers | Scott Boehm | VAu001089115 | 7/29/2011 |
| 262 |  | Cincinnati Reds v Milwaukee Brewers | Scott Boehm | VAu001089115 | 7/29/2011 |
| 263 |  | Pittsburgh Pirates v Milwaukee Brewers | Scott Boehm | VAu001075368 | 8/22/2011 |
| 264 |  | Arizona Cardinals v Chicago Bears | Scott Boehm | VA0001791990 | 8/4/2011 |

**EXHIBIT 1**

| | | | | | |
|---|---|---|---|---|---|
| 265 |  | Washington Nationals v Milwaukee Brewers | Scott Boehm | VA0001791990 | 8/4/2011 |
| 266 |  | Kansas City Chiefs v Green Bay Packers | Scott Boehm | VAu001086210 | 10/3/2011 |
| 267 |  | Dallas Cowboys v Green Bay Packers | Scott Boehm | VA0001791990 | 8/4/2011 |
| 268 |  | Denver Broncos v Green Bay Packers | Scott Boehm | VAu001104541 | 12/12/2011 |
| 269 |  | Minnesota Vikings v Green Bay Packers | Scott Boehm | VAu001104541 | 12/12/2011 |
| 270 |  | Minnesota Vikings v Green Bay Packers | Scott Boehm | VAu001104541 | 12/12/2011 |
| 271 |  | Minnesota Vikings v Green Bay Packers | Scott Boehm | VAu001104541 | 12/12/2011 |
| 272 |  | Oakland Raiders v Green Bay Packers | Scott Boehm | VAu001115228 | 2/15/2012 |
| 273 |  | Chicago Cubs v Milwaukee Brewers | Scott Boehm | VAu001075368 | 8/22/2011 |
| 274 |  | Philadelphia Eagles v Chicago Bears | Scott Boehm | VA0001791990 | 8/4/2011 |

**EXHIBIT 1**

| 275 |  | Minnesota Vikings v Chicago Bears | Scott Boehm | VAu000654714 | 1/28/2005 |
|---|---|---|---|---|---|
| 276 |  | Minnesota Vikings v Chicago Bears | Scott Boehm | VA0001791990 | 8/4/2011 |
| 277 |  | Atlanta Falcons v Chicago Bears | Scott Boehm | VAu001086210 | 10/3/2011 |
| 278 |  | Detroit Lions at Green Bay Packers | Scott Boehm | VA0001791990 | 8/4/2011 |
| 279 |  | Detroit Lions at Green Bay Packers | Scott Boehm | VA0001791990 | 8/4/2011 |
| 280 |  | Seattle Seahawks v Chicago Bears | Scott Boehm | VA0001803427 | 8/8/2011 |
| 281 |  | Washington Nationals at Milwaukee Brewers | Scott Boehm | VAu001089115 | 7/29/2011 |
| 282 |  | Atlanta Braves at Milwaukee Brewers | Scott Boehm | VAu001089115 | 7/29/2011 |
| 283 |  | New York Mets at Milwaukee Brewers | Scott Boehm | VA0001840332 | 8/12/2011 |
| 284 |  | Minnesota Twins at Milwaukee Brewers | Scott Boehm | VA0001791990 | 8/4/2011 |
| 285 |  | Arizona at Wisconsin | Scott Boehm | VA0001791990 | 8/4/2011 |

**EXHIBIT 1**

| | | | | | |
|---|---|---|---|---|---|
| 286 |  | Philadelphia Phillies at Milwaukee Brewers | Scott Boehm | VA0001791990 | 8/4/2011 |
| 287 |  | Pittsburgh Pirates at Milwaukee Brewers | Scott Boehm | VA0001791990 | 8/4/2011 |
| 288 |  | Miami Dolphins at Green Bay Packers | Scott Boehm | VA0001791990 | 8/4/2011 |
| 289 |  | Green Bay Packers at Chicago Bears | Scott Boehm | VA0001803427 | 8/8/2011 |
| 290 |  | Minnesota Vikings v Green Bay Packers | Scott Boehm | VA0001840332 | 8/12/2011 |
| 291 |  | Green Bay Packers at Chicago Bears | Scott Boehm | VA0001803427 | 8/12/2011 |
| 292 |  | St. Louis Cardinals at Milwaukee Brewers | Scott Boehm | VAu001089115 | 7/29/2011 |
| 293 |  | Atlanta Braves at Milwaukee Brewers | Scott Boehm | VAu001089115 | 7/29/2011 |
| 294 |  | Cincinnati Reds at Milwaukee Brewers | Scott Boehm | VAu001089115 | 7/29/2011 |
| 295 |  | Pittsburgh Pirates at Milwaukee Brewers | Scott Boehm | VAu001086210 | 10/3/2011 |

**EXHIBIT 1**

| 296 |  | Cincinnati Reds at Milwaukee Brewers | Scott Boehm | VAu001089115 | 7/29/2011 |
|---|---|---|---|---|---|
| 297 |  | Houston Astros at Milwaukee Brewers | Scott Boehm | VAu001075368 | 8/22/2011 |
| 298 |  | St. Louis Cardinals at Milwaukee Brewers | Scott Boehm | VAu001089115 | 7/29/2011 |
| 299 |  | Cincinnati Reds at Milwaukee Brewers | Scott Boehm | VAu001089115 | 7/29/2011 |
| 300 |  | Dallas Cowboys at Green Bay Packers | Scott Boehm | VA0001791990 | 8/4/2011 |
| 301 |  | Pittsburgh Pirates at Milwaukee Brewers | Scott Boehm | VAu001089115 | 7/29/2011 |
| 302 |  | Atlanta Braves at Milwaukee Brewers | Scott Boehm | VAu001089115 | 7/29/2011 |
| 303 |  | Green Bay Packers at Minnesota Vikings | Scott Boehm | VAU001104541 | 12/12/2011 |
| 304 |  | Pittsburgh Pirates at Chicago Cubs | Scott Boehm | VA0001791990 | 8/4/2011 |
| 305 |  | Texas Rangers at Milwaukee Brewers | Scott Boehm | VA0001791990 | 8/4/2011 |

**EXHIBIT 1**

| | | | | | |
|---|---|---|---|---|---|
| 306 |  | Indiana Hoosiers at Iowa Hawkeyes | Scott Boehm | VA0001840332 | 8/12/2011 |
| 307 |  | Wisconsin Badgers at Iowa Hawkeyes | Scott Boehm | VA0001840337 | 8/12/2011 |
| 308 |  | Cincinnati Reds at Milwaukee Brewers | Scott Boehm | VA0001840332 | 8/12/2011 |
| 309 |  | Cincinnati Reds at Milwaukee Brewers | Scott Boehm | VAu001089115 | 8/12/2011 |
| 310 |  | San Diego Padres at Milwaukee Brewers | Scott Boehm | VAu001089115 | 8/12/2011 |
| 311 |  | San Francisco Giants at Milwaukee Brewers | Scott Boehm | VAu001089115 | 8/12/2011 |
| 312 |  | San Diego Padres at Milwaukee Brewers | Scott Boehm | VAu001110501 | 8/12/2011 |
| 313 |  | Cincinnati Reds at Milwaukee Brewers | Scott Boehm | VA0001791990 | 8/12/2011 |
| 314 |  | Texas Rangers at Milwaukee Brewers | Scott Boehm | VA0001791990 | 8/12/2011 |
| 315 |  | Northern Illinois v Wisconsin | Scott Boehm | VA0001840332 | 8/12/2011 |

**EXHIBIT 1**

| 316 |  | Green Bay Packers at Minnesota Vikings | Scott Boehm | VAU001104541 | 12/12/2011 |
|-----|----|----|----|----|----|
| 317 |  | Wisconsin Badgers at Iowa Hawkeyes | Scott Boehm | VA0001840337 | 8/12/2011 |
| 318 |  | Philadelphia Eagles v Chicago Bears | Scott Boehm | VA0001791990 | 8/4/2011 |
| 319 |  | Philadelphia Eagles v Chicago Bears | Scott Boehm | VA0001791990 | 8/4/2011 |
| 320 |  | Arizona State at Wisconsin | Scott Boehm | VA0001791990 | 8/4/2011 |
| 321 |  | Arizona State at Wisconsin | Scott Boehm | VA0001791990 | 8/4/2011 |
| 322 |  | Arizona State at Wisconsin | Scott Boehm | VA0001791990 | 8/4/2011 |
| 323 |  | Atlanta Falcons v Chicago Bears | Scott Boehm | VAu001086210 | 10/3/2011 |
| 324 |  | Cincinnati Reds at Milwaukee Brewers | Scott Boehm | VA0001791990 | 8/4/2011 |
| 325 |  | Cincinnati Reds at Milwaukee Brewers | Scott Boehm | VA0001791990 | 8/4/2011 |
| 326 |  | Michigan State v Wisconsin 2011 Big Ten Championships | David Stluka | VA0001840115 | 11/20/2012 |

**EXHIBIT 1**

| 327 |  | Minnesota Golden Gophers at Wisconsin Badgers | David Stluka | VA0001871195 | 1/29/2013 |
|---|---|---|---|---|---|
| 328 |  | Bucky the Badger flashing "W" sign | David Stluka | VA0001840114 | 11/28/2012 |
| 329 |  | Bucky Badger | David Stluka | VA0001852252 | 3/29/2013 |
| 330 |  | Iowa Hawkeyes at Wisconsin Badgers | David Stluka | Case # 1-2109009971 | 2/2/2015 |
| 331 |  | Northern Illinois v Wisconsin at Soldier Field | David Stluka | VA0001840116 | 11/23/2012 |
| 332 |  | Penn State at Wisconsin | David Stluka | WORK FOR HIRE | WORK FOR HIRE |
| 333 |  | St. Louis Rams at Green Bay Packers | David Stluka | VA0001853145 | 2/26/2013 |
| 334 |  | South Dakota at Wisconsin | David Stluka | VA0001840116 | 11/23/2012 |
| 335 |  | Wisconsin at Minnesota | David Stluka | VA0001852252 | 3/29/2013 |
| 336 |  | Arizona State Sun Devils at Wisconsin Badgers | David Stluka | VA0001853332 | 3/7/2013 |
| 337 |  | Chicago Bears at Green Bay Packers | David Stluka | VA0001853161 | 3/12/2013 |

**EXHIBIT 1**

| | | | | | |
|---|---|---|---|---|---|
| 338 |  | Wisconsin Badgers at Northern Illinois Huskies | David Stluka | VA0001840116 | 11/23/2013 |
| 339 |  | Temple Owls v Wisconsin Badgers | David Stluka | VA0001859770 | 5/20/2013 |
| 340 |  | Michigan State v Wisconsin | David Stluka | VA0001852252 | 3/29/2013 |
| 341 |  | Chicago Cubs at Milwaukee Brewers | Scott Boehm | VAu001089115 | 7/29/2011 |
| 342 |  | Philadelphia Phillies at Milwaukee Brewers | Scott Boehm | VA0001791990 | 8/4/2011 |
| 343 |  | Green Bay Packers at Chicago Bears | Scott Boehm | VAu001086210 | 10/31/2011 |