IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

SCOTT BOEHM and DAVID STLUKA,

                Plaintiffs,

  v.

SCHEELS ALL SPORTS, INC., *et al.*,

                Defendants.

ORDER

15-cv-379-jdp

---

The court sanctioned defendants Angela Cleary, Michael Cleary, Gameday Sports, Nicholas Martin, and Event USA Corp. after they violated a preliminary injunction in this copyright infringement case. Dkt. 242. The court ordered the sanctioned defendants to pay a portion of plaintiffs' reasonable actual attorney fees incurred in bringing three contempt motions against them. Plaintiffs have now submitted their application for attorney fees totaling $20,670.00. Dkt. 264. The sanctioned defendants filed no response by the deadline. The court will award the fees in the amount requested.

With their application for fees, plaintiffs attached an itemized invoice detailing the time that plaintiffs' attorneys spent preparing and arguing for sanctions, as well as the billing rates for those attorneys. Dkt. 265-1. The court finds that plaintiffs' counsel has adequately supported both the time spent and the billing rates.

As explained in a previous order, the sanctioned defendants fall into three groups: (1) Angela Cleary, Michael Cleary, and Gameday Sports; (2) Nicholas Martin; and (3) Event USA Corp. Dkt. 242, at 8. Each group will be ordered to pay $6,890, one-third of the total amount.

ORDER

IT IS ORDERED that plaintiffs Scott Boehm and David Stluka are awarded their reasonable attorney fees against the sanctioned defendants in the amount of $20,670.00. Defendants Angela Cleary, Michael Cleary, and Gameday Sports are ordered to pay $6,890, with each defendant jointly and severally liable for that amount. Defendants Nicholas Martin and Event USA Corp. are each ordered to pay $6,890.

Entered January 15, 2016.

BY THE COURT:

/s/

_____
JAMES D. PETERSON
District Judge