IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

SCOTT BOEHM and DAVID STLUKA,

                    Plaintiffs,

          v.                                                    ORDER

SCHEELS ALL SPORTS, INC. *et al.*,                               15-cv-379-jdp

                    Defendants.

---

Defendant Event USA Corp. moved the court to amend its pleadings and file a third-party complaint against Dan Zimprich and Legends of the Field, LLC. Dkt. 235. The court allowed Event USA to amend its pleading, but denied leave to add new third-party defendants to this case. Dkt. 242. Event USA has now asked the court to reconsider that decision, Dkt. 277, in light of the fact that another defendant, John George, filed his own third-party complaint against Getty Images. The court will deny Event USA's motion for reconsideration.

For reasons unknown to the court, George was not served in this case until quite late in the game. Two weeks after George filed an answer, he filed a third-party complaint against Getty for indemnification. Dkt. 255. Under Federal Rule of Civil Procedure 14(a)(1), George did not need leave of court to file his complaint because he filed it within 14 days of answering. By contrast, Event USA waited over four months before attempting to bring additional parties into this already-crowded case. The court exercised its discretion in denying Event USA's motion in an effort to avoid disruption and delay. The same reasons still apply; there is no need to further complicate this case. The motion is denied.

IT IS ORDERED that defendant Event USA Corp.'s motion for reconsideration, Dkt. 277, is DENIED.

Entered February 1, 2016.

BY THE COURT:

/s/

_____
JAMES D. PETERSON
District Judge