IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

SCOTT BOEHM and DAVID STLUKA,

                Plaintiffs,

v.

SCHEELS ALL SPORTS, INC. *et al.*,

                Defendants.

ORDER

15-cv-379-jdp

---

After defendants Angela Cleary, Michael Cleary, and Gameday Sports failed to respond to plaintiffs' discovery requests, plaintiffs moved to compel responses. Dkt. 295. The next day, the Clearys and Gameday Sports' counsel moved to withdraw. Dkt. 298. In their affidavits supporting the motion to withdraw, the Clearys explicitly acknowledged their deadline to respond to the motion to compel. Dkt. 299 and Dkt. 300. As for Gameday Sports, the court has warned defendants that although they could proceed without a lawyer, their company, Gameday Sports, would be vulnerable to default. Dkt. 302.

But the Clearys have again failed to respond. And Gameday Sports is still unrepresented. Accordingly, the court will grant the motion as unopposed. The Clearys must respond to plaintiffs' discovery requests, but as circumscribed by this court's other orders: plaintiffs are entitled to discovery relating only to *their* images. Accordingly, IT IS ORDERED that plaintiffs' motion to compel discovery responses, Dkt. 295, is GRANTED.

Entered March 23, 2016.

                BY THE COURT:

                /s/
                _____
                JAMES D. PETERSON
                District Judge