UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

SCOTT BOEHM; and DAVID STLUKA,

    Plaintiffs,

v.                                            Civil Action No: 15-CV-379

SCHEELS ALL SPORTS, INC., et. al.,

    Defendants,

STATE FARM FIRE AND CASUALTY COMPANY,

    Intervenor,

GRINNELL MUTUAL REINSURANCE COMPANY,

    Intervenor,

SOCIETY INSURANCE, A MUTUAL COMPANY,

    Intervenor.

**FINAL JUDGMENT DISMISSING STATE FARM FIRE AND CASUALTY COMPANY, GRINNELL MUTUAL REINSURANCE COMPANY, AND SOCIETY INSURANCE, A MUTUAL COMPANY.**

This action came for consideration before the Court with District Judge James D. Peterson presiding. Pursuant to the August 17, 2016, Opinion and Order (Dkt. # 529), it is hereby ORDERED and ADJUDGED as follows:

1.    State Farm Fire and Casualty Company has no continuing duty to defend and no duty to indemnify Defendant Event USA Corp. (d/b/a "The Vault") and shall be dismissed from this action, with prejudice.

1

2. Grinnell Mutual Reinsurance Company has no continuing duty to defend and no duty to indemnify Defendants AW Artworks LLC and Andrew Wredberg and shall be dismissed from this action, with prejudice.

3. Society Insurance, A Mutual Company, has no continuing duty to defend and no duty to indemnify Defendants Nicholas Martin and Sports-4-Less and shall be dismissed from this action, with prejudice.

4. This Judgment shall be entered as a final judgment of this Court. There being no just reason for delay, the Clerk of the Court is hereby directed to immediately enter this Judgment pursuant to Rule 54 of the Federal Rules of Civil Procedure.

So ORDERED, this 30 day of AUGUST, 2016.

BY THE COURT:

_____
HON. JAMES D. PETERSON
District Judge

2