IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

SCOTT BOEHM and DAVID STLUKA,

                                Plaintiffs,

  v.

SCHEELS ALL SPORTS, INC., *et al.*,

                                Defendants.

OPINION & ORDER

15-cv-379-jdp

---

      On December 2, 2016, the court held a telephonic status conference regarding defendants Nicholas Martin and Gerald Miller's motion for an extension of time to file pretrial materials and to adjourn trial. Dkt. 659. Discovery disputes have extended the briefing deadlines on the parties' pending summary judgment motions and delayed the court's decision. Meanwhile, trial and associated deadlines loom: the parties' pretrial disclosures are due on December 16 under the current schedule. *See* Dkt. 203. The court will not require the parties to prepare their pretrial submissions in the dark, so it will strike the January 23, 2017 trial date, settlement letters deadline, pretrial submissions deadline, and final pretrial conference date.

      The court will issue a decision on the parties' pending summary judgment motions in about a week. The court will also provide notice, pursuant to Federal Rule of Civil Procedure 56(f), that other issues are amenable to decision as a matter of law before trial. The parties will be given a brief opportunity to respond, after which the court will issue another decision.

      With the scope of the trial clarified, the court will ask for a joint pretrial submission that will set out in detail the parties' views on what evidence will be presented at trial and

what issues will need to be resolved. After reviewing the joint pretrial submission, the court will reconvene the parties to schedule the pretrial submissions and the trial itself.

Entered December 2, 2016.

BY THE COURT:

/s/

_____
JAMES D. PETERSON
District Judge