UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| SCOTT BOEHM; and DAVID STLUKA, | Civil Case No. 3:15-cv-0379 (JDP) |
| *Plaintiffs*, | Hon. James D. Peterson |
| v. | ECF Case<br>Electronically Filed |
| SCHEELS ALL SPORTS, INC.; *et al.*, | |
| *Defendants*. | |

### ORDER ENTERING STIPULATED PERMANENT INJUNCTION AND GRANTING JOINT MOTION FOR ENTRY OF CONSENT JUDGMENT AND ORDER OF DISMISSAL

THIS MATTER came before the Court upon the Joint Motion by Plaintiffs Scott Boehm and David Stluka (hereinafter "Plaintiffs") and Defendant David Thomason d/b/a Fan4Ever (hereinafter "Defendant") for entry of a Consent Judgment and Order of Dismissal with prejudice pursuant to Fed. R. Civ. P. 41(a)(2) and a Stipulation for entry of Permanent Injunction as to Defendant.

Having reviewed the Stipulated Permanent Injunction and Joint Motion, together with the pleadings and filings to date and being fully advised, the Court hereby ORDERS as follows:

1. The Stipulated Permanent Injunction is hereby SO ORDERED.

2. Defendant shall be and hereby is PERMANENTLY ENJOINED and RESTRAINED from reproducing, selling, distributing, displaying or making any further uses of Plaintiffs' photographs identified in the complaint and/or derivatives thereof.

3. The claims by Plaintiffs against Defendant are hereby DISMISSED with prejudice and without attorneys' fees or costs.

4. Defendant will surrender any remaining infringing canvases in his possession, custody or control to Plaintiffs for destruction within thirty (30) days of this order.

1

5. The Court shall retain jurisdiction to entertain such further proceedings and to enter such further orders as may be necessary or appropriate to implement and/or enforce any orders entered in this matter, including the Permanent Injunction and Consent Judgment, and Defendant specifically consents to personal jurisdiction and venue in the United States District Court for the Western District of Wisconsin.

IT IS SO ORDERED.
DATED: August 13, 2018.

_____
Judge James D. Peterson
District Judge