IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

SCOTT BOEHM and DAVID STLUKA,

    Plaintiffs,

v.

SCOTT SVEHLA, SCOTT'S BREWERY COLLECTIBLES, LUKE WEIN, BEYOND STUDIO + PUBLISHING, LLC, GERALD MILLER and DAVID DEWAYNE THOMASON d/b/a Fan4Ever,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 15-cv-379-jdp

---

This action came before the court for consideration with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants Scott Svehla, Scott's Brewery Collectibles, Luke Wein, Beyond Studio + Publishing, LLC and Gerald Miller against plaintiffs Scott Boehm and David Stluka dismissing plaintiffs' claims.

IT IS FURTHER ORDERED AND ADJUDGED that judgment is entered in favor of plaintiffs Scott Boehm and David Stluka against David Dewayne Thomason d/b/a Fan4Ever permanently enjoining defendant Thomason as follows:

1. Defendant and any persons or entities acting directly or indirectly on his behalf shall be and hereby are PERMANENTLY ENJOINED and RESTRAINED from engaging in the following acts or practices:

    a. reproducing, selling, distributing, displaying or making any further uses of plaintiffs' photographs identified in the complaint and/or derivatives thereof;

    b. assisting, aiding or abetting any other person or entity in engaging or performing any of the activities referred to in subparagraph (a) above.

2. The claims against defendant Thomason are dismissed with prejudice and without attorney fees or costs.

3. Defendant Thomason will surrender any remaining infringing canvases in his possession, custody, or control to plaintiffs for destruction by September 12, 2018.

4. The court shall retain jurisdiction to entertain such further proceedings and to enter such further orders as may be necessary or appropriate to implement and/or enforce any orders entered in this matter, including the Permanent Injunction, and defendant Thomason specifically consents and submits to personal jurisdiction and venue in the U.S. District Court for the Western District of Wisconsin.

5. Upon proof of any violations by defendant Thomason of the provisions of this Permanent Injunction, the court shall be authorized to award damages and other relief, as provided by law.

Approved as to form this __15TH__ day of August, 2018.

_____
James D. Peterson
District Judge

_____  __8/15/18__
Peter Oppeneer              Date
Clerk of Court