# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| SCOTT BOEHM and DAVID STLUKA, | Case No. 15-cv-379-jdp |
| *Plaintiff*, | Hon. James D. Peterson |
| v. | ECF Case |
| SCOTT SVEHLA, *et al.*, | Electronically Filed |
| *Defendants*. | |

## NOTICE OF APPEAL

**PLEASE TAKE NOTICE** that Plaintiffs Scott Boehm and David Stluka, by and through undersigned counsel, do hereby appeal to the United States Court of Appeals for the Seventh Circuit from (i) this Court's Order, dated February 23, 2016, regarding a discovery dispute between Plaintiffs and Defendants Scott Svehla and Scott's Brewery Collectibles (together "SBC") (Dkt. No. 319); (ii) the Opinion and Order, dated September 27, 2017, regarding the parties' summary judgment motions (Dkt. No. 727); (iii) the Opinion and Order, dated November 8, 2017, denying Plaintiffs' motion for reconsideration and granting in part SBC's motion for attorney fees (Dkt. No. 754); and (iv) the Judgment, entered on August 16, 2018 (Dkt. No. 798) to the extent that it applies to Plaintiffs' claims against SBC.

Dated: September 12, 2018

                                                                                    THE MCCULLOCH LAW FIRM, PLLC

                                                                                    */s/ Kevin McCulloch*

                                                                                    Kevin P. McCulloch (Appellate Counsel of Record)
                                                                                    Nate A. Kleinman
                                                                                    501 Fifth Avenue, Suite 1809
                                                                                    New York, New York 10017
                                                                                    T: (212) 355-6050

kevin@mccullochiplaw.com
nate@mccullochiplaw.com

*Counsel for Plaintiffs*